Dismissed and Opinion filed July 18, 2002













Dismissed and Opinion filed July 18, 2002.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS.
14-02-00529-CR;

         14-02-00530-CR

____________

 

ALBERT PENNINGTON SMALL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_______________________________________________________

 

On Appeal from the 174th District Court

Harris County, Texas

Trial Court Cause Nos. 879,468 & 879,465

 

_______________________________________________________

 

M E M O R A
N D U M  O P I N
I O N

            A written request to withdraw the
notice of appeal has been filed with this Court, stating that the trial court
granted appellant’s motion for new trial in these two causes. The trial court
has forwarded copies of its orders, signed May 31, 2002, granting the motions for new trial in these
causes.  

            Because the trial court has granted
a new trial, the appeals in these causes are now moot.  Accordingly, we order the appeals dismissed. 

                                                                        PER
CURIAM








 

Judgment
rendered and Opinion filed July 18,
 2002.

Panel
consists of Justices Yates, Seymore, and Guzman.

Do not publish - Tex. R. App. P. 47.3(b).